UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA ANGLIN, <br><br> Plaintiff, <br><br> v. <br><br> BAKERSFIELD PROSTHETICS & ORTHOTICS CENTER et al., <br><br> Defendants. | Case No.: 1:13-cv-02101 LJO JLT <br><br> ORDER AFTER NOTICE OF SETTLEMENT <br><br> (Doc. 28) |

On May 13, 2014, the parties notified the Court they had reached a settlement of the matter. (Doc. 28)  Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1. The stipulated request for dismissal **SHALL** be filed no later than **June 13, 2014**;
2. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.**

IT IS SO ORDERED.

Dated:   **May 14, 2014**                       **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE

1