UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Debra Anglin,<br><br>       Plaintiff,<br><br>  v.<br><br>Bakersfield Prosthetics & Orthotics Center Inc., a California Corporation;<br>Ashok J Dhokia, in his individual and representative capacity as Trustee of the Dhoka Family Trust;<br>Usha Dhokia, in her individual and representative capacity as Trustee of the Dhoka Family Trust; and Does 1-10,<br><br>       Defendants | Case: 1:13-cv-02101-LJO JLT<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1); & ORDER THEREON** |

## **ORDER**

Pursuant to the Stipulation of all Parties, Doc. 31, and good cause appearing therefor, IT IS HEREBY ORDERED that all of Plaintiff's claims with regard to the above-captioned civil action are hereby DISMISSED WITH PREJUDICE, and that Plaintiff's first amended complaint as a whole is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear their own legal fees, litigation expenses and costs.

IT IS SO ORDERED.

   Dated:   **June 12, 2014**                    /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE